# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **21−11924 − MMH** Chapter: **7**

**Man Woo Lee and**
**Yee Sook Yi**
Debtors

## DEFICIENCY NOTICE

DOCUMENT: 28 – Amended Schedules A/B, C and D filed on Behalf of Man Woo Lee, Yee Sook Yi by Robinson Sean Rowe. Fee Amount $32 Filed. (Attachments: # 1 Amended Creditor Matrix # 2 Amended Matrix Verification) (Rowe, Robinson)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/9/22.**

CURE: A Certificate of Service on the Amended Schedules must be filed. (Local Bankruptcy Rule 1009−1(a)−(c), 1007−3(a)−(b))

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 1/26/22

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Lisa Alexander
    301−344−3378

cc: Debtors
    Attorney for Debtors – Robinson Sean Rowe

defntc (rev. 12/12/2016)